JOSEPH W. COTCHETT (#36324)
jcotchett@cpsmlaw.com
MARK C. MOLUMPHY (#168009)
mmolumphy@cpsmlaw.com
KELLY L. SOMMERFELD (#234025)
ksommerfeld@cpsmlaw.com
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McINTOSH, YANGIJIE CHENG, PING CHEN, STEVE HAEFFELE, LEBIN CHENG, VATSAL SONECHA, and JONATHAN WONG, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>McAFEE, INC., GEORGE SAMENUK, DALE FULLER, and Does 1-10,<br><br>    Defendants. | Case No. C-06-07694HRL<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c) |

LAW OFFICES
COTCHETT, PITRE & McCARTHY

STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)

The undersigned parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, this case was automatically referred to the ADR Multi-Option program;

WHEREAS, the undersigned parties agree that the case should be removed from the ADR Multi-Option program pursuant to ADR L.R. 3-3(c) because the undersigned parties do not believe, at this time, that the Multi-Option program will facilitate resolution of the matter;

WHEREAS, the parties will discuss ADR options as appropriate on an ongoing basis over the course of this litigation, and in the event that the parties elect to pursue ADR options, will contact the Court to provide updates and/or seek guidance as such efforts proceed;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. This case shall be removed from the ADR Multi-Option program.

2. The undersigned parties will continue to discuss ADR options on an ongoing basis, and will update the Court should they later wish to participate in an ADR process.

IT IS SO STIPULATED.

Dated: February 27, 2007                COTCHETT, PITRE & McCARTHY

_____
KELLY L. SOMMERFELD
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

Attorneys for Plaintiffs and the Class

LAW OFFICES COTCHETT, PITRE & MCCARTHY

STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)

2

| | | |
|---|---|---|
| 1 | Dated: February 27, 2007 | DLA PIPER US LLP |
| 2 | | |
| 3 | | CARTER OTT |
| | | DLA PIPER US LLP |
| 4 | | 153 Townsend Street, Site 800 |
| | | San Francisco, CA 94107 |
| 5 | | Telephone: (415) 836-2500 |
| | | Fax: (415) 836-2501 |
| 6 | | Attorneys for Defendants McAfee, Inc. and Dale Fuller |
| 7 | | |
| 8 | | |
| 9 | Dated: February 27, 2007 | KEKER & VAN NEST LLP |
| 10 | | |
| 11 | | R. JAMES SLAUGHTER |
| | | KEKER & VAN NEST LLP |
| 12 | | 710 Sansome Street |
| | | San Francisco, CA 94111 |
| 13 | | Telephone: (415) 391-5400 |
| | | Fax: (415) 397-7188 |
| 14 | | |
| 15 | | Attorneys for Defendant George Samenuk |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR
LOCAL RULE 3-3(c)

3

```
 1
 2  Dated: February 27, 2007              DLA PIPER US LLP
 3
                                          /s/ Carter Ott
 4                                        _____
                                          CARTER OTT
                                          DLA PIPER US LLP
 5                                        153 Townsend Street, Site 800
                                          San Francisco, CA 94107
 6                                        Telephone: (415) 836-2500
                                          Fax: (415) 836-2501
 7                                        Attorneys for Defendants McAfee, Inc. and
                                          Dale Fuller
 8
 9
10  Dated: February 27, 2007              KEKER & VAN NEST LLP
11
                                          _____
12                                        R. JAMES SLAUGHTER
                                          KEKER & VAN NEST LLP
13                                        710 Sansome Street
                                          San Francisco, CA 94111
14                                        Telephone: (415) 391-5400
                                          Fax: (415) 397-7188
15
                                          Attorneys for Defendant George Samenuk
16
17
18
19
20
21
22
23
24
25
26
                                                                                    3
27  _____
    STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MUTLI-OPTION
28  PROGRAM PURSUANT TO ADR
    LOCAL RULE 3-3(c)
```

# [PROPOSED] ORDER

Pursuant to stipulation. IT IS SO ORDERED.

Dated: __2/28/2007__

*James Ware*

The Honorable James Ware
United States District Court Judge

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)

4