1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  R. JAMES SLAUGHTER - #192813
   BENJAMIN B. AU - #237854
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5  epeters@kvn.com
   rslaughter@kvn.com
6  bau@kvn.com

7  Attorneys for Defendant
   GEORGE SAMENUK

**GRANTED** — Judge James Ware

3/2/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY McINTOSH; YANGJIE CHENG; PING CHEN; STEVE HAEFFELE; LEBIN CHENG; VATSAL SONECHA; and JONATHAN WONG; individually and on behalf of all those similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>McAFEE, INC.; GEORGE SAMENUK; DALE FULLER; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. C06 07694 JW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Dept:     8<br>Judge:    Honorable James Ware<br><br>Date Comp. Filed:    December 15, 2006<br><br>Trial Date: None set. |

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiffs and defendant George Samenuk, by and through their attorneys, as follows:

Defendant George Samenuk shall have up to and through March 30, 2007, with which to file a response to the Complaint in the above-captioned matter.

Dated:  March 1, 2007                                       KEKER & VAN NEST, LLP


By:    /s/ R. James Slaughter
      R. James Slaughter
      Attorneys for Defendant
      GEORGE SAMENUK

Dated:  March 1, 2007                                       COTCHETT, PITRE, & McCARTHY


By:    /s/ Mark C. Molumphy
      Mark C. Molumphy
      Attorneys for Plaintiffs

I, R, James Slaughter, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy has concurred in this filing.