1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  R. JAMES SLAUGHTER - #192813
   BENJAMIN B. AU - #237854
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5  epeters@kvn.com
   rslaughter@kvn.com
6  bau@kvn.com

7  Attorneys for Defendant
   GEORGE SAMENUK

8

*GRANTED — Judge James Ware — 5/30/2007*

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  LARRY McINTOSH; YANGJIE CHENG;              Case No. C06 07694 JW
    PING CHEN; STEVE HAEFFELE; LEBIN
15  CHENG; VATSAL SONECHA; and                  **STIPULATION TO EXTEND TIME TO
    JONATHAN WONG; individually and on          RESPOND TO COMPLAINT**
16  behalf of all those similarly situated,
                                                Dept:       8
17                       Plaintiffs,            Judge:      Honorable James Ware

18       v.                                     Date Comp. Filed:    December 15, 2006

19  McAFEE, INC.; GEORGE SAMENUK;               Trial Date: None set.
    DALE FULLER; and DOES 1-10, inclusive,
20
                         Defendants.
21

22

23

24

25

26

27

28

396323.01                STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
                                       CASE NO. C06 07694 JW

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiffs and defendant George Samenuk, by and through their attorneys, as follows:

Defendant George Samenuk shall have up to and through July 2, 2007, within which to file a response to the Complaint in the above-captioned matter.

Dated:  May 29, 2007                                         KEKER & VAN NEST, LLP


                                                             By:  /s/ Benjamin B. Au
                                                                  Benjamin B. Au
                                                                  Attorneys for Defendant
                                                                  GEORGE SAMENUK

Dated:  May 29, 2007                                         COTCHETT, PITRE, & MCCARTHY


                                                             By:  /s/ Mark C. Molumphy
                                                                  Mark C. Molumphy
                                                                  Attorneys for Plaintiffs


I, Benjamin B. Au, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy has concurred in this filing.