1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  R. JAMES SLAUGHTER - #192813
   BENJAMIN B. AU - #237854
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5  epeters@kvn.com
   rslaughter@kvn.com
6  bau@kvn.com

7  Attorneys for Defendant
   GEORGE SAMENUK
8

**GRANTED**
*James Ware*
Judge James Ware
6/21/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY McINTOSH; YANGJIE CHENG; PING CHEN; STEVE HAEFFELE; LEBIN CHENG; VATSAL SONECHA; and JONATHAN WONG; individually and on behalf of all those similarly situated, <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br>McAFEE, INC.; GEORGE SAMENUK; DALE FULLER; and DOES 1-10, inclusive, <br><br>　　　　　　　　Defendants. | Case No. C06 07694 JW <br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br>Dept:　　8 <br>Judge:　　Honorable James Ware <br><br>Date Comp. Filed:　　December 15, 2006 <br><br>Trial Date: None set. |

1  Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated
2  and agreed by Plaintiffs and defendant George Samenuk, by and through their attorneys, as
3  follows:
4  Defendant George Samenuk shall have up to and through August 2, 2007, within which
5  to file a response to the Complaint in the above-captioned matter.

Dated: June 20, 2007                                         KEKER & VAN NEST, LLP

By: /s/ Benjamin B. Au
Benjamin B. Au
Attorneys for Defendant
GEORGE SAMENUK

Dated: June 20, 2007                                         COTCHETT, PITRE, & MCCARTHY

By: /s/ Mark C. Molumphy
Mark C. Molumphy
Attorneys for Plaintiffs

I, Benjamin B. Au, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy has concurred in this filing.

397631.01

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C06 07694 JW