KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
R. JAMES SLAUGHTER - #192813
BENJAMIN B. AU - #237854
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
epeters@kvn.com
rslaughter@kvn.com
bau@kvn.com

Attorneys for Defendant
GEORGE SAMENUK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY McINTOSH; YANGJIE CHENG; PING CHEN; STEVE HAEFFELE; LEBIN CHENG; VATSAL SONECHA; and JONATHAN WONG; individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>McAFEE, INC.; GEORGE SAMENUK; DALE FULLER; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No. C06 07694 JW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Dept:　　　8<br>Judge:　　Honorable James Ware<br><br>Date Comp. Filed:　　December 15, 2006<br><br>Trial Date: None set. |

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiffs and defendant George Samenuk, by and through their attorneys, as follows:

Defendant George Samenuk shall have up to and through September 4, 2007, within which to file a response to the Complaint in the above-captioned matter.

Dated: July 13, 2007                             KEKER & VAN NEST, LLP


                                                 By: /s/ Benjamin B. Au
                                                     Benjamin B. Au
                                                     Attorneys for Defendant
                                                     GEORGE SAMENUK

Dated: July 13, 2007                             COTCHETT, PITRE, & MCCARTHY


                                                 By: /s/ Mark C. Molumphy
                                                     Mark C. Molumphy
                                                     Attorneys for Plaintiffs


I, Benjamin B. Au, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy has concurred in this filing.

IT IS SO ORDERED:

Date: July 16 2007

*/s/ James Ware*
United States District Judge