*IT IS SO ORDERED*
Judge James Ware
10/18/2007

1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  R. JAMES SLAUGHTER - #192813
   BENJAMIN B. AU - #237854
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5  epeters@kvn.com
   rslaughter@kvn.com
6  bau@kvn.com

7  Attorneys for Defendant
   GEORGE SAMENUK
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  LARRY McINTOSH; YANGJIE CHENG;           Case No. C06 07694 JW
    PING CHEN; STEVE HAEFFELE; LEBIN
15  CHENG; VATSAL SONECHA; and               **STIPULATION TO EXTEND TIME TO**
    JONATHAN WONG; individually and on       **RESPOND TO COMPLAINT**
16  behalf of all those similarly situated,
                                             Dept:     8
17                          Plaintiffs,      Judge:    Honorable James Ware

18         v.                                Date Comp. Filed:   December 15, 2006

19  McAFEE, INC.; GEORGE SAMENUK;            Trial Date:  None set.
    DALE FULLER; and DOES 1-10, inclusive,
20
                            Defendants.
21

22

23

24

25

26

27

28

404360.01

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C06 07694 JW

1    Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiffs and defendant George Samenuk, by and through their attorneys, as follows:

WHEREAS Plaintiffs and Defendant George Samenuk had previously stipulated that Mr. Samenuk would have up to and through November 5, 2007, within which to file a response to the Complaint in the above-captioned matter;

WHEREAS the Court issued its Order on September 28, 2007 dismissed with prejudice Plaintiff's Third and Fourth Causes of Action for Fraud and Negligent Misrepresentation, respectively; dismissed with leave to amend Plaintiffs' Second and Fifth Causes of Action for Breach of the Covenant of Good Faith and Fair Dealing and Unjust Enrichment; dismissed with prejudice all causes of action against Defendant Dale Fuller, and denied Defendants' Motion to Dismiss Plaintiff's First Cause of Action;

WHEREAS the Court ordered Plaintiffs to file an Amended Complaint within thirty (30) days from the date of the Order;

IT IS HEREBY STIPULATED that Defendant George Samenuk shall have up to and through sixty (60) days following Plaintiff's filing of its Amended Complaint to file a response to the Amended Complaint in the above-captioned matter.  Defendant George Samenuk shall not be obligated to reply to the Complaint that Plaintiffs filed on December 15, 2006.

Dated:  October 16, 2007                                                        KEKER & VAN NEST, LLP

                                                                                    By:  /s/ Benjamin B. Au
                                                                                         Benjamin B. Au
                                                                                         Attorneys for Defendant
                                                                                         GEORGE SAMENUK

| | |
|---|---|
| Dated:  October 16, 2007 | COTCHETT, PITRE, & MCCARTHY |

                                        By:  /s/ Mark C. Molumphy
                                              Mark C. Molumphy
                                              Attorneys for Plaintiffs

I, Benjamin B. Au, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy has concurred in this filing.