| | |
|---|---|
| 1 | J. ROBERT SHUMAN, JR. (Bar No. 100236) |
| | bob.shuman@dlapiper.com |
| 2 | DAVID PRIEBE (Bar No. 148679) |
| | david.priebe@dlapiper.com |
| 3 | DLA PIPER US LLP |
| | 2000 University Avenue |
| 4 | East Palo Alto, CA  94303-2214 |
| | Tel:  650.833.2000 |
| 5 | Fax:  650.833.2001 |
| 6 | LUANNE SACKS (Bar No. 120811) |
| | luanne.sacks@dlapiper.com |
| 7 | CARTER W. OTT (Bar No. 221660) |
| | carter.ott@dlapiper.com |
| 8 | DLA PIPER US LLP |
| | 153 Townsend Street, Suite 800 |
| 9 | San Francisco, California  94107 |
| | Tel:  415.836.2500 |
| 10 | Fax: 415.836.2501 |
| 11 | Attorneys for Defendant |
| | McAFEE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY McINTOSH, YANGJIE CHENG, PING CHEN, STEVE HAEFFELE, LEBIN CHENG, VATSAL SONECHA, and JONATHAN WONG, individually and on behalf of all those similarly situated, | CASE NO.  C06 07694 JW |
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| Plaintiffs, | Department:  8 |
| v. | Judge:  Honorable James Ware |
| McAFEE, INC., and Does 1-10, | |
| Defendants. | |

1    Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated
2 and agreed by Plaintiffs and defendant McAfee, Inc. ("McAfee"), by and through their attorneys
3 of record, as follows:

4    WHEREAS, the Court previously entered an order on defendant's motion to dismiss
5 which provided Plaintiffs with thirty days in which to amend their complaint and, based on the
6 date on which Plaintiffs filed their First Amended Complaint, McAfee's deadline to respond to
7 this pleading was November 15, 2007.

8    WHEREAS, due to an inadvertent scheduling error, McAfee was unable to respond by
9 November 15, 2007.

10    WHEREAS, at McAfee's request, Plaintiffs agree to provide McAfee with a twelve-day
11 extension of this deadline, subject to the Court's approval.

12    WHEREAS, McAfee has not previously asked for a modification of the deadline to
13 respond to Plaintiffs' First Amended Complaint and this twelve-day extension will not otherwise
14 impact the schedule for this case.

15    THEREFORE, the parties hereby agree that, subject to the Court's approval, McAfee's
16 last day to respond to Plaintiffs' Amended Complaint shall be continued from November 15,
17 2007 to November 27, 2007.

18

19 Dated:  November 19, 2007            DLA PIPER US LLP

20                                     By  /s/ Carter W. Ott
21                                        CARTER W. OTT
                                          Attorneys for Defendant
22                                        McAFEE, INC.

23 Dated:  November 19, 2007            COTCHETT, PITRE, & MCCARTHY

24
                                       By  /s/ Mark C. Molumphy
25                                        MARK C. MOLUMPHY
                                          Attorneys for Plaintiffs
26

27

28

DLA PIPER US LLP

SF\3139744.1            STIP. AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
345125-9                                                               CASE NO. 06-07694 JW

2

I, Carter W. Ott, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPONSE TO AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy has concurred in this filing.

**ORDER**

Defendant McAfee, Inc.'s deadline to file and serve a response to Plaintiffs' First Amended Complaint is hereby continued to November 27, 2007.is found as moot.

IT IS SO ORDERED.

Dated: __November 29, 2007_____

By _____/s/ James Ware_____
HONORABLE JAMES WARE
United States District Judge

3
SF\3139744.1
345125-9
STIP. AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 06-07694 JW

DLA PIPER US LLP