*E-filed 12/16/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY MCINTOSH, YANGJIE CHENG, PING CHEN, STEVE HAEFFELE, LEBIN CHENG, VATSAL SONECHA, JONATHAN WONG, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE, INC.,<br><br>Defendant.<br>_____/ | No. C-06-07694-JW (HRL)<br><br>**INTERIM ORDER RE: REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR ATTORNEY FEES** |

After granting plaintiffs' motion for attorney fees, Judge Ware referred this matter to the undersigned for a report and recommendation of: (1) the exact date on which Defendant completed provision of relief to former employees who are members of the putative class; and (2) the fees incurred by Plaintiffs' counsel under applicable California law. The court held a hearing on December 16, 2008.

To fill in gaps in the material provided to date by plaintiffs, the court orders that plaintiffs' counsel submit the following for *in camera* review:

1. For each timekeeper, time records including the description of services performed.

2. A copy of the fee agreement between plaintiffs and their counsel.

1  The court also requests plaintiffs submit additional declaration(s) supporting their
2  contention that the hourly rates listed in the Lodestar Report are customary and reasonable. Both
3  the declaration(s) and the items for *in camera* review shall be submitted not later than December
4  22, 2008. Defendant may reply to the declaration(s) by December 30.

6  **IT IS SO ORDERED.**



8  Dated: 12/16/08
9  HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

27  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2

aap@kvn.com, alm@kvn.com, apicar@kvn.com, bau@kvn.com, bob.shuman@dlapiper.com, carter.ott@dlapiper.com, david.priebe@dlapiper.com, efiling@kvn.com, emaxwell@graycary.com, epeters@kvn.com, jacosta@cpmlegal.com, jacosta@cpsmlaw.com, jcotchett@cpmlegal.com, joanne.leon@dlapiper.com, kathleen.fischer@dlapiper.com, kjb@kvn.com, ksommerfeld@cpsmlaw.com, luanne.sacks@dlapiper.com, mak@kvn.com, maurene.martin@dlapiper.com, mls@kvn.com, mmolumphy@cpmlegal.com, oszeto@cpmlegal.com, pskahan@cpmlegal.com, rjs@kvn.com, stacy.murray@dlapiper.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 12/16/08

/s/ mpk
Chambers of Magistrate Judge Lloyd